UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Cyril Kendall,

                          08 Civ. 6785 (CM) (AJP)

             Plaintiff(s),

                          ORDER OF REFERENCE
    -against-                         TO A MAGISTRATE JUDGE

Supt. William J. Connolly,
Fishkill Corr. Facility, et al,

             Defendant(s).
------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:\_\_\_\_\_

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:\_\_\_\_\_

✓ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:\_\_\_\_\_

All such motions:\_\_\_\_\_

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:\_\_\_\_\_
DATE FILED: 9/5/08

* Do not check if already assigned for general pretrial.

Dated: September 5, 2008
       New York, New York

SO ORDERED:

*Colleen McMahon*
Hon. Colleen McMahon
United States District Judge

Copies mailed/faxed/handed to counsel on 9/5/08